*In re* HÉCTOR L. BARRETO CINTRÓN, querellado.

*Número:* AB-2005-270     *Resuelto:* 7 de abril de 2006

*Hon. Waleska I. Aldebol Mora*, jueza superior del Tribunal de Primera Instancia, Sala Superior de San Juan.

## RESOLUCIÓN

La Hon. Waleska I. Aldebol Mora, Jueza de la Sala Superior de San Juan del Tribunal de Primera Instancia de Puerto Rico, remitió a este Tribunal la Resolución y Orden de 30 de septiembre de 2005, referente a la conducta del Lcdo. Héctor L. Barreto Cintrón ante el mencionado Tribunal de Primera Instancia.

Un examen de la resolución revela que la conducta en controversia se refiere a una llamada que Marilyn Vega Colón, Secretaria Jurídico de la Hon. Waleska I. Aldebol Mora, recibió el 24 de junio de 2005 del Lic. Héctor L. Barreto Cintrón. En su resolución, el Tribunal de Primera Instancia afirma

> ... que la conducta del licenciado Barreto Cintrón, manifestada por las expresiones hechas por teléfono ... representan una conducta que no se caracteriza por el mayor respeto al Tribunal, un ataque injustificado contra quien suscribe y contra el buen orden en la administración de la justicia en el Tribunal. Resolución y orden de 30 de septiembre de 2005, págs. 1–2.

Aun cuando la acción de la jueza Waleska I. Aldebol Mora es similar a la de otros jueces que han referido a este

Tribunal situaciones de igual naturaleza, consideramos necesario recalcar y reiterar el poder que poseen los jueces del Tribunal de Primera Instancia para mantener y asegurar el orden en los procedimientos ante su consideración sin necesidad de referirnos estas situaciones. A esos efectos, en *E.L.A. v. Asoc. de Auditores*, 147 D.P.R. 669, 681 (1999), expresamos que:

> La base jurídica para el procedimiento de desacato en Puerto Rico proviene de tres (3) fuentes, según han sido interpretadas por nuestra jurisprudencia, *las cuales están fundadas en el poder inherente de los tribunales para hacer cumplir sus órdenes.* Los tribunales tendrán poder, entre otros, *para mantener y asegurar el orden en su presencia y en los procedimientos ante su consideración, para hacer cumplir sus órdenes, sentencias y providencias,* y para realizar u ordenar cualquier acto que resulte necesario a fin de cumplir a cabalidad sus funciones. 4 L.P.R.A. secs. 1a y 362a. *Para el ejercicio efectivo de las facultades antes enumeradas*[,] *la ley les autoriza a castigar por desacato.* (Énfasis suplido.) 4 L.P.R.A. sec. 362b.

En vista de lo antes expuesto, *devolvemos el asunto a la Sala Superior de San Juan del Tribunal de Primera Instancia para la acción correspondiente.*

*Publíquese.*

Lo acordó el Tribunal y certifica la Secretaria del Tribunal Supremo.

(*Fdo.*) Aida Ileana Oquendo Graulau
*Secretaria del Tribunal Supremo*